**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC MCDONALD** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| **v.** | : | **NO. 22-CV-2932** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA** | : | |
| *Respondent* | : | |

**O R D E R**

**AND NOW**, this 17th day of November 2022, upon consideration of Eric McDonald's

*Petition for Writ of Mandamus* (ECF No. 2), it is hereby **ORDERED** that, for the reasons set forth

in the accompanying Memorandum:

1. McDonald's Petition for Writ of Mandamus is **DISMISSED, without prejudice**,

for lack of jurisdiction, pursuant to 28 U.S.C. § 1915A.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*